50484-CCN

U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of     EDWARDS ENGINEERING, INC.
                                Plaintiff

                                v.

                      PRECISION BOILERS, INC.
                                Defendant

Case Number:
FILED COPY: MAY 23, 2008
08CV3013 EDA
JUDGE COAR
MAGISTRATE JUDGE COLE

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

EDWARDS ENGINEERING, INC.

| | |
|---|---|
| NAME (Type or print)    Robert R. Benjamin | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)    s/Robert R. Benjamin | |
| FIRM    QUERREY & HARROW, LTD. | |
| STREET ADDRESS    175 W. Jackson Blvd., Suite 1600 | |
| CITY/STATE/ZIP    Chicago, Illinois 60604-2827 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)    0170429 | TELEPHONE NUMBER    (312) 540-7140 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [X]    NO [ ] |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [ ]    NO [X] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [X]    NO [ ] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [X]    NO [ ] |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.    RETAINED COUNSEL [ ]      APPOINTED COUNSEL [ ] | |