U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of    EDWARDS ENGINEERING, INC.
                     Plaintiff

                      v.

                    PRECISION BOILERS, INC.
                      Defendant

Case Number:
FILED COPY: MAY 23, 2008
08CV3013    EDA
JUDGE COAR
MAGISTRATE JUDGE COLE

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

EDWARDS ENGINEERING, INC.

| NAME (Type or print) |
| --- |
| Francisco E. Connell |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Francisco E. Connell |
| FIRM |
| QUERREY & HARROW, LTD. |
| STREET ADDRESS |
| 175 W. Jackson Blvd., Suite 1600 |
| CITY/STATE/ZIP |
| Chicago, Illinois 60604-2827 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6289256 | (312) 540-7558 |

| | YES | NO |
| --- | --- | --- |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ | ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | ☒ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐