FILED COPY - MAY 23, 2008
08CV3013   EDA
JUDGE COAR
MAGISTRATE JUDGE COLE

50484 – CON

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

| | | |
|---|---|---|
| EDWARDS ENGINEERING, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. |
| | ) | Judge: |
| PRECISION BOILERS, INC. | ) | Magistrate: |
| Defendant. | ) | |

### AFFIDAVIT AS TO CORPORATE AFFILIATES

The undersigned, BRUCE BRAZAS, Chief Financial Officer of Edwards Engineering, Inc., being duly sworn and on oath deposes and says:

1. I am under no disability and am competent to make this Affidavit.

2. I have reviewed the ownership structure of Edwards Engineering, Inc. and am aware of its ownership interests.

3. No publicly held entities own more than 5% of Edwards Engineering, Inc.

That the facts stated herein are within Affiant's personal knowledge and if called as a witness, Affiant can and will testify competently thereto.

FURTHER AFFIANT SAYETH NAUGHT

_____
BRUCE BRAZAS

Document #: 1330030