50484-CCN

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

| | |
|---|---|
| EDWARDS ENGINEERING, INC.<br>Plaintiff<br>V.<br>PRECISION BOILERS, INC.<br>Defendant | CASE NUMBER: 08CV3013 EDA<br><br>ASSIGNED JUDGE: JUDGE COAR<br><br>DESIGNATED<br>MAGISTRATE JUDGE: JUDGE COLE |

TO: (Name and address of Defendant)

Precision Boilers, Inc.
c/o Tracy A. Powell, Esq., Registered Agent
424 Church Street
Suite 2000
Nashville, TN 37219

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert R. Benjamin
Querrey & Harrow, Ltd.
175 W. Jackson Blvd., Ste. 1600
Chicago, IL 60604-2827
(ARDC: 0170429)

an answer to the complaint which is herewith served upon you, within __20 (twenty)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*J. Cervantes*
-----------------------------------
(By) DEPUTY CLERK

**May 23, 2008**
-----------------------------------
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | May 28, 2008 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Mary C. Srebro | Secretary |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Via Certified Mail to Precision Boilers, Inc. at Morristown, TN and to their Registered Agent in Nashville, TN.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  May 28, 2008         Mary C. Srebro
              Date                 Signature of Server

175 W. Jackson Blvd., Ste.1600, Chicago, IL 60604-2857
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  *Yasmin [signature]*  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): Yasmin de Jesus   C. Date of Delivery: 6-4-08<br>D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>Tracy A. Powell, Esq.<br>424 Church Street<br>Suite 2000<br>Nashville, TN 37219 | 3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered     ☑ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7007 2680 0003 0334 3268 |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540