**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
AMENDED **ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                         Case Number: 08 CV 3013

EDWARDS ENGINEERING, INC.
           Plaintiff,

v.

PRECISION BOILERS, INC.
           Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PRECISION BOILERS, INC.

| |
|---|
| NAME (Type or print)<br>Paul B. Porvaznik |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Paul B. Porvaznik |
| FIRM<br>Menges & Molzahn, LLC |
| STREET ADDRESS<br>20 N. Clark St., Suite 2300 |
| CITY/STATE/ZIP<br>Chicago, Illinois 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6237896 | TELEPHONE NUMBER<br>312-917-1880 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐