IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Edwards Engineering, Inc. | ) | |
| Plaintiff, | ) ) ) | No. 08 C 3013 EDA |
| v. | ) ) | Judge Coar |
| Precision Boilers, Inc. | ) ) | Magistrate Judge Cole |
| Defendants. | ) | |

## AGREED MOTION FOR SUBSTITUTION OF COUNSEL

NOW COMES the Defendant Precision Boilers, Inc. by and through its attorneys BryceDowney, LLC and for its motion for substitution of counsel, states as follows:

1. Defendant, Precision Boilers, Inc., was originally represented in this matter by Perry C. Rocco, Steven Porter Rouse and Paul B. Porvaznik of Menges & Molzahn.

2. Defendant has since terminated the previous attorney in this matter and wishes to retain Geoffrey A. Bryce and Emily K. Muceus of the law firm of BryceDowney, LLC to continue their representation in this matter.

WHEREFORE, Defendant prays that this Court grant its motion and allow the withdrawal of the appearances of Perry C. Rocco, Steven P. Rouse and Paul B. Porvaznik of Menges & Molzahn and the submission of the appearances of Geoffrey A. Bryce and Emily K. Muceus of BryceDowney, LLC.

By: _____
Menges & Molzahn, LLC

Perry C. Rocco
Steven P. Rouse
Paul B. Porvaznik
Menges & Molzahn, LLC
20 North Clark Street
Suite 2300
Chicago, IL 60602
Phone: (312) 917-1880
Fax: (312) 917-1851

Geoffrey A. Bryce (ARDC #3128821)
Emily K. Muceus (ARDC #6278087)
BRYCEDOWNEY, LLC.
200 N. LaSalle Street, Suite 2700
Chicago, IL  60601
Phone: (312) 377-1501
Fax: (312) 377-1502

By: _____
Emily K. Muceus,
One of the Attorneys for Defendants

2