**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Edwards Engineering, Inc.<br>v.<br>Precision Boilers, Inc. | 08-cv-3013 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Precision Boilers, Inc.

| NAME (Type or print) |
|---|
| Geoffrey A. Bryce |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Geoffrey A. Bryce |
| FIRM |
| BryceDowney, LLC |
| STREET ADDRESS |
| 200 N. LaSalle Street, Suite 2700 |
| CITY/STATE/ZIP |
| Chicago, IL 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 3128821 | 312.377.1501 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES X | NO |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES X | NO |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES X | NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES X | NO |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL          APPOINTED COUNSEL