# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3013 | **DATE** | 7/8/2008 |
| **CASE TITLE** | Edwards Engineering, Inc vs. Precision Boilers | | |

**DOCKET ENTRY TEXT**

Agreed Motion [16] for substitution fo counsel is granted   Leave granted Perry C. Rocco, Steven P. Rouse and Paul b. Porvaznik to withdraw and leave granted  Geoffrey A. Bryce and Emily K. Muceus to substitute and file appearance on behalf of defendant Precision Boilers.  Parties need not appear on the presentment date of 7/14/2008.  Terminate 7/14/2008 hearing date.

Docketing to mail notices.

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|