IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

| | |
|---|---|
| EDWARDS ENGINEERING, INC.,            )<br>              Plaintiff,            )<br>                                     )<br>v.                                   )<br>                                     )<br>PRECISION BOILERS, INC.              )<br>              Defendant.             ) | Case No. 08 CV 3013<br>Judge: Coar<br>Magistrate Judge: Cole |

**MOTION TO DISMISS**

Precision Boilers, Inc. ("Defendant"), by its attorneys Geoffrey A. Bryce and Emily K. Muceus, for its Motion to Dismiss Edwards Engineering, Inc's ("Plaintiff") Complaint, states as follows**:**

1. Plaintiff filed a complaint, alleging breach of contract, breach of warranty, breach of implied warranties against Defendant based on alleged defects in a boiler supplied by Defendant.

2. Plaintiff's Complaint should be dismissed as each of the causes of action fails to state a claim. Specifically, Plaintiff's breach of contract count fails as Plaintiff did not allege its own performance under the contract. Plaintiff's claims for breach of warranty and implied warranties fail as Plaintiff failed to allege that it gave Defendant notice of the alleged defects.

3. As Plaintiff's Complaint fails to allege sufficient facts to state the alleged causes of action, the Complaint should be dismissed.

4. In support of this Motion, Defendant is simultaneously filing its Memorandum in Support of Motion to Dismiss.

Wherefore, Defendant Precision Boilers, Inc. prays that this Court dismiss Edward's Engineering, Inc's Complaint in this matter and for all other and further relief that this Court deems just and appropriate.

                                           PRECISION BOILERS, INC.

                                           By:    /s/ Emily K. Muceus
                                                     One of Their Attorneys

Geoffrey A. Bryce (ARDC #3128821)
Emily K. Muceus (ARDC #6278087)
BRYCEDOWNEY, LLC.
200 N. LaSalle Street, Suite 2700
Chicago, IL  60601
Phone: (312) 377-1501
Fax: (312) 377-1502