IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Edwards Engineering, Inc. | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 3013 EDA |
| | ) | |
| v. | ) | |
| | ) | Judge Coar |
| Precision Boilers, Inc. | ) | |
| | ) | Magistrate Judge Cole |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:   All Counsel of Record
      (See Attached Service List)

Please take notice that on Thursday, July 24, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge David H. Coar or any Judge sitting in his stead in courtroom 1419, and then and there present Defendant's Motion to Dismiss.

PRECISION BOILERS, INC.
Defendants


By:   _/s/ Emily K. Muceus_____
       One of Their Attorneys


Geoffrey A. Bryce (ARDC #3128821)
Emily K. Muceus (ARDC #6278087)
BRYCEDOWNEY, LLC.
200 N. LaSalle Street, Suite 2700
Chicago, IL  60601
Phone: (312) 377-1501
Fax: (312) 377-1502

## CERTIFICATE OF SERVICE

I, Emily K. Muceus, an attorney, certify that on July 18, 2008, I electronically filed Defendant's Motion to Dismiss with the Clerk of the United States District Court using the CM/ECF system, which will send electronic notification to the following parties of record:

Robert R. Benjamin
Querrey & Harrow, Ltd.
175 West Jackson Boulevard
Suite 1600
Chicago, IL 60604-2827
(312) 540-7140
312-540-0578 (fax)
rbenjamin@querrey.com

Francisco E. Connell
Querrey & Harrow, Ltd.
175 West Jackson Boulevard
Suite 1600
Chicago, IL 60604-2827
(312) 540-7558
fconnell@querrey.com

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Emily K. Muceus

Geoffrey A. Bryce (ARDC #3128821)
Emily K. Muceus (ARDC #6278087)
BRYCEDOWNEY, LLC.
200 N. LaSalle Street, Suite 2700
Chicago, IL 60601
Phone: (312) 377-1501
Fax: (312) 377-1502