UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Edwards Engineering, Inc.
        Plaintiff,

v.              Case No.: 1:08−cv−03013
              Honorable David H. Coar

Precision Boilers, Inc.
        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 21, 2008:

  MINUTE entry before the Honorable David H. Coar:Motion to dismiss [20] is denied. Under the notice pleading regime of the Federal Rules, Plaintiff has adequately set forth facts that place the defendant on notice of its claims. Defendant shall have 21 days from the date of this order to answer the complaint. Parties need not appear on the presentment date of 7/24/2008.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.