IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Edwards Engineering, Inc. | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 3013 EDA |
| | ) | |
| v. | ) | |
| | ) | Judge Coar |
| Precision Boilers, Inc. | ) | |
| | ) | Magistrate Judge Cole |
| Defendants. | ) | |

## NOTICE OF FILING

TO:   All Counsel of Record
      (See Attached Service List)

Please take notice that on August 8, 2008 we caused to be filed with the Clerk of Court for the United States District Court for the Northern District of Illinois **Defendant Precision Boilers, Inc. Answer to Plaintiff's Complaint.**

                                                                    PRECISION BOILERS, INC.

                                                                    Defendants

                                                                    By:    _/s/ Emily K. Muceus_
                                                                         One of Their Attorneys

Geoffrey A. Bryce (ARDC #3128821)
Emily K. Muceus (ARDC #6278087)
BRYCEDOWNEY, LLC.
200 N. LaSalle Street, Suite 2700
Chicago, IL  60601
Phone: (312) 377-1501
Fax: (312) 377-1502

2

## CERTIFICATE OF SERVICE

I, Emily K. Muceus, an attorney, certify that on August 8, 2008, I electronically filed Defendant's Answers to Plaintiff's Complaint with the Clerk of the United States District Court using the CM/ECF system, which will send electronic notification to the following parties of record:

| | |
|---|---|
| Robert R. Benjamin<br>Querrey & Harrow, Ltd.<br>175 West Jackson Boulevard<br>Suite 1600<br>Chicago, IL 60604-2827<br>(312) 540-7140<br>312-540-0578 (fax)<br>rbenjamin@querrey.com | Francisco E. Connell<br>Querrey & Harrow, Ltd.<br>175 West Jackson Boulevard<br>Suite 1600<br>Chicago, IL 60604-2827<br>(312) 540-7558<br>fconnell@querrey.com |

    /s/ Emily K. Muceus

Geoffrey A. Bryce (ARDC #3128821)
Emily K. Muceus (ARDC #6278087)
BRYCEDOWNEY, LLC.
200 N. LaSalle Street, Suite 2700
Chicago, IL 60601
Phone: (312) 377-1501
Fax: (312) 377-1502